UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE QUINN, | No. 2:14-cv-1139 DAD P |
| Plaintiff, | |
| v. | ORDER |
| JOHN M. DOWBAK, | |
| Defendant. | |

A recent court order was served on plaintiff's address of record and returned by the postal service as undeliverable. It appears that plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service, and plaintiff has failed to notify the court of a current address.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice due to plaintiff's failure to prosecute.[1] See Local Rule 183(b).

Dated: November 10, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
quin1139.33a

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 5)

1